UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| JOHNATHAN S. WILLIAMS,<br><br>    Plaintiff - Appellant,<br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS; et al.,<br><br>    Defendants - Appellees. | No. 07-15272<br>D.C. No. CV-06-02903-EFB<br><br><br>ORDER |

**FILED**

MAR 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: Plaintiff's motion was denied without prejudice to file an amended complaint. Plaintiff has failed to file an amended complaint.

_____
Judge   MORRISON C. ENGLAND, JR.
United States District Court

Date: MAR 2 3 2007