IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN S. WILLIAMS,

    Plaintiff,                         No. CIV S-06-2903 MCE EFB P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS
AND REHABILITATION, et al.,

    Defendants.                  FINDINGS AND RECOMMENDATIONS

_____/

On January 18, 2007, the court dismissed plaintiff's complaint with leave to amend. The order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed. By orders filed February 22, 2007, and April 12, 2007, plaintiff was granted additional time in which to file his amended complaint.

The 30-day period granted by the order filed April 12, 2007, has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

1      These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties. Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:   June 27, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE