UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnathan S. Williams, et al.<br><br>            Plaintiff(s),<br>    v.<br><br>The California Department of Corrections, et al,<br><br>            Defendant(s).<br>_____ | CASE NO. S CIV 06-2903 DOC<br><br>**O R D E R** VACATING REQUEST FOR JUDICIAL NOTICE |

Plaintiffs Johnathan Williams, Amaeshi Nwozuzu, and Charles Steward ("Plaintiffs") are prisoners proceeding pro se in a civil rights action. Plaintiffs are currently incarcerated at the California State Prison in Solano, California. Plaintiffs are suing on behalf of themselves and the Prisoners of the California State Corrections Department. On January 12, 2009, Plaintiffs requested the Court take Judicial Notice of certain facts.

As Plaintiffs' complaint has been dismissed, their Request for Judicial Notice is moot. Consequently, Plaintiff's Request for Judicial notice is hereby VACATED.

IT IS SO ORDERED.

DATED: June 26, 2009

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE
Sitting by Designation